Form NTCCONF (02/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Casey L. Ovenhouse**<br>14904 Turner Rd.<br>DeWitt, MI 48820<br>SSN: xxx–xx–8509<br><br>**Debtor** | **Case Number 18–01330–swd**<br><br>**Chapter 13**<br><br>**Honorable Scott W. Dales** |

### NOTICE OF ORDER CONFIRMING
### CHAPTER 13 PLAN

Pursuant to Fed. R. Bankr. P. 9022, you are hereby notified that on 7/4/18 , this Court signed an order confirming the debtor(s) Chapter 13 Plan as last amended (if applicable).  The Court found that the plan complies with the requirements for confirmation pursuant to 11 U.S.C. § 1325(a) and other applicable provisions of the Bankruptcy Code.



DANIEL M. LAVILLE
CLERK OF BANKRUPTCY COURT

**Dated:** July 5, 2018

/S/ _____
K. Botma
Deputy Clerk

A copy of this Notice was transmitted to the Bankruptcy Noticing Center for service upon all creditors and parties of interest appearing of record herein. ( 7/5/18 – klb )